THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK V. BRUNO, Appellant.

*Appeal — motion to dismiss granted.*

People v. *Bruno*, 216 App. Div. 814, appeal dismissed.

(Submitted January 10, 1927; decided January 18, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1926, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of practicing law without license in violation of section 270 of the Penal Law.

The motion was made upon the grounds of failure to file a return and serve printed copies of the case on appeal.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

WILLIAM BARBER, Appellant, *v.* A. SCHRADER'S SON, INC., Respondent.

*Appeal — order modifying interlocutory judgment — final judgment entered thereon after agreed accounting — motion to dismiss appeal therefrom denied.*

Reported below, 215 App. Div. 758.

(Argued January 10, 1927; decided January 18, 1927.)

MOTION to dismiss appeals from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1925, which modified and affirmed as modified an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and from a final judgment entered thereon after an agreed accounting and waiver thereof before a referee.